[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-11686
Non-Argument Calendar

_____

D.C. Docket No. 8:14−cr−00102−MSS−AAS−1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LONZINE ADAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 10, 2018)

Before TJOFLAT, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel for Lonzine Adams in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Adams's convictions and sentences are **AFFIRMED**. Accordingly, we **DENY** Adams's motion for the appointment of new counsel as moot.